Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:	(212) 292-5390
Facsimile:	(212) 292-5391
*Attorneys for Plaintiff*
*Marcelo Burlon S.r.l.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARCELO BURLON S.R.L., *Plaintiff* v. ADIDASSTORE, et al., *Defendants* | **ORDER TO UNSEAL** **19-cv-11333 (VSB)** |
| MARCELO BURLON S.R.L., *Plaintiff* v. AILEI FASHION, et al., *Defendants* | **19-cv-11336 (VSB)** |

WHEREAS Plaintiff has effectuated service upon Defendants in accordance with the terms of the TRO entered on January 7, 2020, it is hereby:

ORDERED that these Actions be unsealed. The Clerk of Court is directed to upload all documents filed to date on the Electronic Case Filing system.

**SO ORDERED.**

January 31, 2020.
New York, New York

Vernon S. Broderick
United States District Judge