Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:   (212) 292-5390
Facsimile:    (212) 292-5391
*Attorneys for Plaintiff*
*Marcelo Burlon S.r.l.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARCELO BURLON S.R.L., <br><br> *Plaintiff* <br><br> v. <br><br> ADIDASSTORE, *et al.*, <br> *Defendants* | **CIVIL ACTION No. 19-cv-11333 (VSB)** |

**NOTICE OF VOLUNTARY DISMISSAL**

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Marcelo Burlon S.r.l. ("Marcelo Burlon" or "Plaintiff"), by its undersigned attorneys, hereby gives notice of dismissal of all claims against Defendants Daxue11, Dunwang, Larch, Petal01, Pollen01, Suwai and Yiyeqiuyu in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

Dated:  June 10, 2020                                    Respectfully submitted,

                                            **EPSTEIN DRANGEL LLP**

                             BY:   __/s/ Brieanne Scully_____
                                     Brieanne Scully (BS 3711)
                                     bscully@ipcounselors.com
                                     EPSTEIN DRANGEL LLP
                                     60 East 42nd Street, Suite 2520
                                     New York, NY 10165
                                     Telephone:     (212) 292-5390
                                     Facsimile:      (212) 292-5391
                                     *Attorneys for Plaintiff*
                                     *Marcelo Burlon S.r.l.*

**It is so ORDERED.**

Signed at New York, NY on_____  ___, 2020.

                                          _____
                                          Judge Vernon S. Broderick
                                          United States District Judge