UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
MARCELO BURLON S.R.L.,                                     :
:
                    Plaintiff,                    :
:       19-CV-11333 (VSB)
      -against-                                      :
:       **ORDER**
ADIDASSTORE, et. al.,                                      :
:
                    Defendants.                   :
:
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      Plaintiffs initiated this action on December 11, 2019.  (Doc. 6.)  This case was initially filed under seal.  (*See* Doc. 1.)  On January 7, 2020, I granted a temporary restraining order against Defendants.  (Doc. 20.)  On January 31, 2020, I ordered that this action be unsealed.  (Doc. 5.)  On February 10, 2020, I granted a preliminary injunction against Defendants, (Doc. 18), and Plaintiff filed affidavits of service, (Doc. 19).  The deadline for Defendants to respond to Plaintiff's complaint was January 31, 2020.  (*See* Doc. 19.)  To date, Defendants have not appeared or responded to the complaint.  Accordingly, it is hereby

      ORDERED that within 21 days of entry of this Order, Plaintiff file a status update indicating what, if any, additional judicial relief is needed in this action, or if this case may be closed.  If Plaintiff intends to seek a default judgment, it is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases within 21 days.  If Plaintiff fails to seek default or otherwise demonstrate that it intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: August 31, 2022
      New York, New York

                                              Vernon S. Broderick
                                              United States District Judge