UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

MARCELO BURLON S.R.L.,

Plaintiff,

- against -

ADIDASSTORE, et al.,

Defendants.

---------------------------------------------------------X

19-CV-11333 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

Plaintiff Marcelo Burlon S.R.L. ("Plaintiff" or "Marcelo Burlon") brings this trademark infringement case alleging that dozens of Defendants sold counterfeit Marcelo Burlon products on an e-commerce platform called DHGate. (Doc. 6.) Between September 2022 and October 2022, Plaintiff filed a proposed order to show cause for a default judgment, supporting papers, and supplemental briefing addressing whether Defendants were properly served under the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil and Commercial Matters (the "Hague Convention") and/or the Federal Rules of Civil Procedure. (Docs. 36–40, 44–45.)

On December 18, 2025, the Second Circuit in *Smart Study Co., Ltd v. Shenzhenshixindajixieyouxiangongsi*, 164 F.4th 164, 170–72 (2d Cir. 2025) held, as a matter of first impression, that where the Hague Convention applies, it does not permit service by email. As in this case, *Smart Study* involved service of defendants located in China. Accordingly, I hereby ORDER Plaintiff to submit a letter to me by October 26, 2026 detailing: (1) the current status of the case; (2) whether proper service for all defendants that Plaintiff is seeking default

against in this case has been effectuated in light of *Smart Study*, and if not, whether Plaintiff intends to correct service and by what means against each defendant; and (3) whether Plaintiff still intends to pursue a default judgment motion against any defendant in this case.

SO ORDERED.

Dated: October 6, 2026
New York, New York

Vernon S. Broderick
United States District Judge