UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARCELO BURLON S.R.L., Plaintiff, - against - ADIDASSTORE, et al., Defendants. | 19-CV-11333 (VSB) **ORDER** |

VERNON S. BRODERICK, United States District Judge:

Plaintiff has filed a notice of voluntary dismissal, (Doc. 47), and a request for the return of the security bond Plaintiff posted in connection with the Temporary Restraining Order in this action, (Doc. 48). I hereby GRANT Plaintiff's request for the return of the security bond. Accordingly, it is hereby ORDERED that the Court release the twenty-five thousand USD ($25,000.00) security bond that Plaintiff posted in connection with this action to counsel for Plaintiff, Epstein Drangel, LLP, 6 East 45th Street, 7th Floor, New York, NY 10017.

SO ORDERED.

Dated: October 26, 2026
New York, New York

Vernon Broderick

Vernon S. Broderick
United States District Judge